

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA           :     INDICTMENT

       -v.-                          :     08 Cr.

ISLAM GABER IBRAHIM,               :
    a/k/a "Eslam Gaber,"
AIMAN HELMY BADR,                  :
GAMAL TAWFIK SHEHAB,               :
    a/k/a "Jimmy,"
OMAR GOMAA ORABI, and              :
MAGDY ELNADY,                      :

             Defendants.    :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## COUNT ONE

The Grand Jury charges:

1.  From at least in or about June 2007, up through and including in or about February 2008, in the Southern District of New York and elsewhere, ISLAM GABER IBRAHIM, a/k/a "Eslam Gaber," AIMAN HELMY BADR, GAMAL TAWFIK SHEHAB, a/k/a "Jimmy," OMAR GOMAA ORABI, and MAGDY ELNADY, the defendants, and others known and unknown, unlawfully, willfully, and knowingly did combine, conspire, confederate, and agree together and with each other to violate Section 1029(a)(5) of Title 18, United States Code.

2.  It was a part and an object of said conspiracy that ISLAM GABER IBRAHIM, a/k/a "Eslam Gaber," AIMAN HELMY BADR, GAMAL TAWFIK SHEHAB, a/k/a "Jimmy," OMAR GOMAA ORABI, and MAGDY ELNADY, the defendants, and others known and unknown, unlawfully, willfully and knowingly, in an offense affecting interstate and

foreign commerce, unlawfully, willfully, and knowingly, and with intent to defraud, would and did effect transactions, with one and more access devices issued to another person and persons, to receive payment and other things of value during a one-year period, the aggregate value of which is equal to and greater than $1,000, in violation of Title 18, United States Code, Section 1029(a)(5).

## Overt Acts

3.  In furtherance of said conspiracy and to effect the illegal object thereof, the following overt acts, among others, were committed in the Southern District of New York and elsewhere:

    a.  On or about January 17, 2008, OMAR GOMAA ORABI, MAGDY ELNADY, and GAMAL TAWFIK SHEHAB, a/k/a "Jimmy," the defendants, met with two cooperating witnesses ("CW-1" and "CW-2") in Brooklyn, New York, to exchange stolen credit card numbers for cash.

    b.  On or about February 12, 2008, ISLAM GABER IBRAHIM, a/k/a "Eslam Gaber," and AIMAN HELMY BADR, the defendants, met with CW-1 in New York, New York.

(Title 18, United States Code, Section 1029(b)(2).)

## COUNT TWO

The Grand Jury further charges:

4.  On or about December 4, 2007, in the Southern District of New York, OMAR GOMAA ORABI, the defendant,

unlawfully, willfully, and knowingly did make, utter, and possess a counterfeit security of an organization, and did make, utter, and possess a forged security of an organization, with intent to deceive another person, organization, and government, to wit, ORABI possessed and sold counterfeit and forged checks to another individual.

(Title 18, United States Code, Sections 513(a) and 2.)

### COUNT THREE

The Grand Jury further charges:

5. On or about December 12, 2007, in the Southern District of New York, OMAR GOMAA ORABI, the defendant, unlawfully, willfully, and knowingly did make, utter, and possess a counterfeit security of an organization, and did make, utter, and possess a forged security of an organization, with intent to deceive another person, organization, and government, to wit, ORABI possessed and sold counterfeit and forged checks to another individual.

(Title 18, United States Code, Sections 513(a) and 2.)

_____          _____
FOREPERSON                              MICHAEL J. GARCIA
                                        United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- v. -

ISLAM GABER IBRAHIM,
a/k/a "Eslam Gaber,"
AIMAN HELMY BADR,
GAMAL TAWFIK SHEHAB,
a/k/a "Jimmy,"
OMAR GOMAA ORABI, and
MAGDY ELNADY,

Defendants.

---

**INDICTMENT**

08 Cr.

(18 U.S.C. §§ 1029(b)(2), 1029(a)(5) and 2.)

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

_____ Foreperson.

---

04/01/08  INDICTMENT FILED. CASE ASSIGNED TO U.S.D.J. SPRIZZO.

FOX, M.J.