```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA        :
                                :
        - v. -                  :
                                :
ISLAM GABER IBRAHIM,            :   ORDER
    a/k/a "Eslam Gaber,"        :
AIMAN HELMY BADR,               :   08 Cr. 293 (JES)
GAMAL TAWFIK SHEHAB,            :
    a/k/a "Jimmy,"              :
OMAR GOMAA ORABI, and           :
MAGDY ELNADY,                   :
                                :
        Defendants.             :
                                :
- - - - - - - - - - - - - - - - x
```

Upon the application of the United States of America, by and through Assistant United States Attorney Arianna Berg, and with the consent of the defendants, by and through their counsel Thomas Dunn, Esq.; David Gordon, Esq.; Avrom Robin, Esq.; Daniel Parker, Esq.; and Paul McAllister, Esq., it is hereby ORDERED that the time between April 8, 2008 and June 19, 2008, the date of the next pre-trial conference, is excluded for purposes of the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), in the interests of justice. The granting of such a continuance best serves the ends of justice and outweighs the best interest of the public and the defendant in a speedy trial, because it allows the Government to produce discovery and for the defendants to review the discovery.

Dated: New York, New York
       April 8, 2008

_____
UNITED STATES DISTRICT JUDGE

4-9-08



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 8, 2008

<u>VIA FACSIMILE</u>

Honorable John E. Sprizzo
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

       Re:  **United States v. Islam Gaber Ibrahim et al.**
            **08 Cr. 293 (JES)**

Dear Judge Sprizzo:

      Pursuant to Your Honor's direction at yesterday's conference, enclosed please find a proposed order excluding time under the Speedy Trial Act until the next pre-trial conference on June 19, 2008 at 3 pm.

                              Respectfully submitted,

                              MICHAEL J. GARCIA
                              United States Attorney

                     By: _/s/ Arianna Berg_____
                        Arianna R. Berg
                        Assistant United States Attorney
                        (212) 637-2551

cc:   David Gordon, Esq.
       Daniel Parker, Esq.
       Tom Dunn, Esq.
       Paul McAllister, Esq.
       Avrom Robin, Esq.

Enclosure